USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/02/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

KARL SMITH,
   a/k/a "Pacavell," and
CHELSEY HARRIS,
   a/k/a "Ms. Chinn,"

          Defendants.

**UNSEALING ORDER**

S1 24 Cr. 541 (AT)

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorney Ryan W. Allison;

It is found that Superseding Indictment S1 24 Cr. 541 is currently sealed and the United States Attorney's Office has applied to have that Superseding Indictment unsealed, and it is therefore:

ORDERED that Superseding Indictment S1 24 Cr. 541 be unsealed and remain unsealed pending further order of the Court.

Dated:    New York, New York
            October 2, 2024

                                            _____
                                            HONORABLE ANALISA TORRES
                                            UNITED STATES DISTRICT JUDGE
                                            SOUTHERN DISTRICT OF NEW YORK