UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

          -against-

KARL SMITH,

                        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/3/2024_

24 Cr. 541-2 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court shall hold an initial conference in this matter on **October 15, 2024**, at **4:30 p.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

      SO ORDERED.

Dated: October 3, 2024
       New York, New York

                                                    ANALISA TORRES
                                               United States District Judge