USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/16/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

KARL SMITH,
   a/k/a "Pacavell," and
CHELSEY HARRIS,
   a/k/a "Ms. Chinn,"

                  Defendants.

24 Cr. 451 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The initial conference scheduled for October 15, 2024, is ADJOURNED to **October 21, 2024**, at **4:30 p.m.**

      SO ORDERED.

Dated: October 16, 2024
       New York, New York

ANALISA TORRES
United States District Judge