USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/18/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

DAJAHN MCBEAN,
   a/k/a "Jeezy Mula,"
   a/k/a "Freeze,"
KARL SMITH,
   a/k/a "Pacavell," and
CHELSEY HARRIS,
   a/k/a "Ms. Chinn,"

                  Defendants.

24 Cr. 541

**ORDER**

ANALISA TORRES, District Judge:

    Due to the reassignment of this case, the initial conference scheduled for October 21, 2024, is **CANCELLED**.

    SO ORDERED.

Dated: October 18, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge