UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

CHELSEY HARRIS,
KARL SMITH, and,
DAJAHN MCBEAN,

                    Defendants.

---

S2 24-CR-541 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court, having been received this case on reassignment on October 18, 2024, hereby schedules an initial conference in this matter for **October 29, 2024** at **11:00 a.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square. The Court will arraign defendants Chelsey Harris and Karl Smith at the conference.

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge

Dated: October 21, 2024
        New York, New York