UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                               :
                                                                        :
                        -v-                                             :         24-CR-541 (PAE)
                                                                        :
CHELSEY HARRIS,                                                         :         SCHEDULING ORDER
KARL SMITH, and                                                         :
DAJAHN MCBEAN,                                                          :
                                                                        :
                        Defendants.                                     :
                                                                        :
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, United States District Judge:

For the reasons stated on the record at today's conference, the Court hereby sets the following schedule and deadlines:

- The Court scheduled a bail appeal for defendant Karl Smith for **November 12, 2024** at **2:15 p.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY. Counsel for Smith shall file his letter with respect to the appeal by **November 4, 2024**. The Government's response shall be filed by **November 7, 2024**.

- The next conference in this case is scheduled for **January 27, 2025** at **10:30 a.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY.

- Trial is scheduled for **July 28, 2025** at **9:00 a.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square.

- Time is excluded, pursuant to 18 U.S.C. § 3161(h)(7)(A), until **July 28, 2025**.

SO ORDERED.

Dated: October 29, 2024
      New York, New York

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge