UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA,                                         :
                                                                  :
                    -v-                                           :     24-CR-541 (PAE)
                                                                  :
CHELSEY HARRIS,                                                   :     SCHEDULING ORDER
KARL SMITH, and                                                   :
DAJAHN MCBEAN,                                                    :
                                                                  :
                         Defendants.                              :
                                                                  :
------------------------------------------------------------------X

PAUL A. ENGELMAYER, United States District Judge:

For the reasons stated on the record at today's conference, the Court hereby sets the following schedule and deadlines:

- The Court scheduled a conference for **February 4, 2025 at 11:30 a.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, N.Y. The purpose of the conference is to assure that defendant Dajahn McBean has adequate access to his counsel and to discovery materials. In addition to McBean, counsel for the Government and for McBean are required to attend the conference. The Government is to arrange for a responsible official of the Bureau of Prisons to attend.
- Any motion(s) to suppress shall be filed by **February 18, 2025.** Upon review of such motion(s), the Court will set a date for a next conference in this case.
- Opposition to any motion(s) to suppress shall be filed by **March 4, 2025.**
- The Government's 404(b), or enterprise letter, notice shall be filed by

1

June 23, 2025.

- Any motions *in limine* shall be filed by **June 30, 2025**. Oppositions to any motions *in limine* shall be filed by **July 7, 2025**.
- Proposed voir dire, and requests to charge, shall be filed by **July 7, 2025**.
- A conference is scheduled for **July 15, 2025** at **10:30 a.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, N.Y.

SO ORDERED.

Dated: January 27, 2025
New York, New York

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge