UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -v-

CHELSEY HARRIS,
KARL SMITH, and
DAJAHN MCBEAN,

              Defendants.

------------------------------------------------------------X

24-CR-541 (PAE)

SCHEDULING ORDER

PAUL A. ENGELMAYER, United States District Judge:

The Court schedules a next conference in this case for **May 13, 2025** at **12 p.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: April 16, 2025
       New York, New York