UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

CHELSEY HARRIS,
KARL SMITH,
DAJAHN MCBEAN, and
JULISSA BARTHOLOMEW,

                              Defendants.

S3 24-CR-541 (PAE)

SCHEDULING ORDER

---

PAUL A. ENGELMAYER, District Judge:

    The Court today held a conference addressing issues exclusively relating to defendant Julissa Bartholomew. Relevant to this order, the Court determined that Bartholomew, against whom charges were only recently added, will not be required to go to trial on July 28, 2025, when the trial of her three co-defendants is scheduled to begin.

    The Government has asked that the existing trial date be adjourned to enable all defendants to be tried in a single trial. The Court schedules a conference for **June 10, 2025**, at **9:30 a.m., Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY, (1) to take up that application; and (2) in the event that the Court maintains the present trial date for Bartholomew's co-defendants, to set a trial date for Bartholomew. **For avoidance of doubt, the existing trial date remains in place unless and until the Court orders otherwise.**

    To assist the Court to consider potential alternative trial dates, the Court directs counsel for each defendant to submit a letter, due **June 4, 2025**, identifying, for each counsel for that defendant, each date between October 1, 2025 and January 31, 2026, when that counsel presently has (1) prepaid vacation plans or (2) a fixed trial date and an expectation that the case will

proceed to trial. The letter should set out the facts underlying those factual representations (*e.g.*, the name and docket number of the trial). Each set of counsel are at liberty in their letter also to make arguments, as the Government has in its letter of May 27, 2025, *see* Dkt. 113, as to whether or not the existing trial date should be maintained.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: May 29, 2025
       New York, New York