UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                              :
UNITED STATES OF AMERICA,                     :
                                              :
           -v-                                :       24-CR-541 (PAE)
                                              :
DAJAHN MCBEAN *et al.*,                       :       SCHEDULING ORDER
                                              :
                        Defendants.           :
                                              :
------------------------------------------------------------X

PAUL A. ENGELMAYER, United States District Judge:

For the reasons stated on the record at today's conference, the Court hereby sets the following schedule and deadlines:

- As to defendant **Julissa Bartholomew**, trial is scheduled for **January 12, 2026** at **9 a.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square. The Court directs counsel for the Government and Bartholomew to confer and file, by letter due June 20, 2025, a joint proposal as to the schedule for pretrial briefs and other submissions. *See, e.g.*, Dkt. 63. A conference is scheduled for **June 26, 2025** at **11 a.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, N.Y.

- As to defendants **Chelsey Harris** and **Karl Smith**, trial remains scheduled for **July 28, 2025** at 9 a.m. in the Thurgood Marshall Courthouse, 40 Foley Square. The Court will determine later the courtroom in which this case will be tried. The deadlines listed at Docket 63 remain in place.

1

- As to defendant **Dajahn McBean**, a conference is scheduled for **July 8, 2025** at **1:00 p.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, N.Y. The Court directs counsel for the Government and McBean to confer and, thereafter, by June 30, 2025, to file a detailed joint letter. The purpose of the letter is to guide the Court as to counsels' views as to the course of this case now that the Justice Department has determined to seek the death penalty. The letter thus should address, without limitation, all required steps and procedures; best practices in managing capital cases; anticipated motions practice; additional discovery; and the process of and leading to jury selection. It should also set out a proposed schedule.
- Time remains excluded, pursuant to 18 U.S.C. § 3161(h)(7)(A), until July 28, 2025, for all four defendants.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: June 10, 2025
      New York, New York