UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

KARL SMITH, a/k/a "Pacavell,"

Defendant.

24 Cr. 541 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

Based on its review of the parties' submissions on the parties' motions *in limine*, *see* Dkts. 129, 130, 135, 136, the Court has determined that it would benefit from a letter submission from the Government addressing discrete points. The Court directs the Government, by **4 p.m. on Friday, July 11, 2025**, to file a letter addressing the following issues with respect to the following Government exhibits:

- ***Exhibit 2.*** The Government's motion *in limine* indicated that this photograph was taken on or about December 21, 2023. *See* Dkt 130 at 11–12, 33–37. The defense, however, represents that the metadata associated with this photograph, extracted from an iPhone 15 Pro Max seized from Smith incident to his arrest, reflects that it was taken on April 20, 2022, *i.e.*, before the crimes charged in the Indictment. *See* Dkt. 136 at 9. Is there admissible evidence to support that the photograph was taken on or about December 21, 2023, and if so, what is that evidence? Assuming that the only admissible evidence supports that the photograph was taken before the crimes charged in the indictment, does the Government have an argument that the posting of this photograph on or about

December 21, 2023, was in furtherance of any of these crimes, and if so, what is that argument?

- ***Exhibits 2, 26, and 27.*** Does the Government intend to introduce evidence as to who had access to posts by the Instagram account alternatively named "bodmonsheluv" or "plutodapimp"[1] on or about the dates of the posting of these exhibits, and if so, what is that evidence? The Court is specifically interested in learning whether the persons with access included (1) any of Smith's alleged co-conspirators, (2) the intended victim of the charged crimes, and/or (3) the public.

- ***Exhibit 8.*** Does the Government intend to introduce evidence as to who had access, as of January 18, 2024, to the photograph and conversation depicted in Exhibit 8, and if so, what is that evidence?

- ***Exhibits 2, 14, 16, 17, 18, 19, 20, 22, 26, and 27.*** The Court understands that the Government views each of these exhibits as having probative value insofar as it tends to identify Smith as the contemporaneous owner and/or user of the "bodmonsheluv" or "plutodapimp" account. Addressing each of these exhibits individually, does the Government believe that the exhibit has independent probative value, and if so, what specifically is it?

- ***Exhibit 15.*** Does the Government expect at trial to adduce evidence supporting that the owner of the Instagram account named "hardknocklife_007" was a co-conspirator of Smith in connection with any of the charged crimes?

---

[1] The Government has represented that "bodmonsheluv" was "temporarily renamed" "plutodapimp." Dkt. 130 at 20.

Separately, the Court requests that the Government furnish it with the Rule 902(13) and Rule 902(14) certifications referenced in footnote 5 of its opposition to Smith's motion *in limine* at the same time such certifications are furnished to the defense. *See* Dkt. 135 n.4.

For avoidance of doubt, the Court does not intend by this order to invite discussion by the Government on any other points or to invite a reply from the defense.

SO ORDERED.

                                                                               *Paul A. Engelmayer*
                                                                               PAUL A. ENGELMAYER
                                                                               United States District Judge

Dated: July 10, 2025
          New York, New York