Law Offices of Ezra Spilke

1825 Foster Avenue, Suite 1K
Brooklyn, New York 11230
t: (718) 783-3682
e: ezra@spilkelaw.com
www.spilkelaw.com

Via ECF

September 26, 2026

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**Re: *United States v. McBean et al.*, No. 24 Cr. 541 (S.D.N.Y.)**

Dear Judge Engelmayer:

With the government's consent, we write respectfully to request a one-week extension of time for the filing of the parties' disclosure motions due on October 2, 2026. The additional time will allow the parties to continue conferring and to sharpen their proposals to the Court and requests for relief. The requested schedule would be as follows:

| | |
|---|---|
| Defense motion to (1) compel disclosure of IDs of victims who submitted impact statements and (2) compel disclosure of final victim-impact witness list and proposed testimonial summaries. Proposed process and motion schedule for litigating the scope of aggravating factors.<br><br>Govt motion to compel defense notice of mitigating factors. | October 9, 2026 |
| Parties' oppositions to disclosure motions | October 23, 2026 |
| Parties' replies on disclosure motions | October 30, 2026 |

Respectfully submitted,

Ezra Spilke
Elizabeth Macedonio
Mark S. DeMarco
Anthony Ricco

cc: All counsel of record, by ECF

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 261.

9/28/2026

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge